# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Roy C. Kitts,
    Plaintiff

v.                                Case No.  1:15-cv-233

National Credit Adjusters, LLC,
    Defendant

## ENTRY OF DEFAULT

It appearing that defendant, National Credit Adjusters, LLC, is in default, having failed to plead or otherwise defend this cause;

Therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against defendant National Credit Adjusters, LLC .

Date: May 14, 2015                           s/Mary C. Brown
                                                       Mary C. Brown, Deputy Clerk